**Order entered October 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00007-CR
No. 05-14-00008-CR

**SENRICK WILKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F10-01183-J, F10-01184-J

## ORDER

The Court **DENIES** appellant's October 6, 2014 pro se "Motion to Compel Dallas County to Produce Reasons for No Arraignments and No First Initial Appearance." We further **DENY** appellant's October 15, 2014 pro se "Petitioner's Request to Receive Designation of Items Pursuant to the Michael Morton Act of 2012." The appeals before the Court are from the trial court's order denying appellant's motion for post-conviction DNA testing. The Court has received verification from counsel that appellant has been provided the record related to the trial court's ruling on the motion.

The appeal will be submitted in due course.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Michael Mowla and Michael Casillas.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Senrick Wilkerson, TDCJ No. 1885146, Ramsey I Unit, 1100 F.M. 655, Rosharon, Texas 77583.

/s/  LANA MYERS
    JUSTICE